In the Matter of the Application of ALFRED S. BARNARD for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

In the Matter of the Petition of LOUISE ELLIS to Have TITLE GUARANTEE AND TRUST COMPANY, etc., Pay Her Part of the Share of JULIA A. CHAPMAN, etc.— Motion denied on condition that appellant perfect the appeal, place the case on the March, 1917, calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

In the Matter of EDWARD M. GROUT.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

In the Matter of the Application of RICHARD M. McCANN for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

In the Matter of the Application of JOSEPH WOLFF for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

LEONORA KNOBLOCK, Appellant, v. EDWARD F. STRINGER and Another, Respondents.— Motion denied on condition that appellant perfect the appeal, place the case on the January, 1917, calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

GUSTAVE M. MILLER and JOHN E. MILLER, Respondents, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— The affidavits on this motion for a third hearing indicate some variation in the figures of the amounts due the respective parties on an accounting. If, as is now set forth, plaintiffs on this rescission should be credited, including interest, with $3,915.28 instead of $3,818.17, as stated in the court's opinion (174 App. Div. 581), such clerical emendation, or other correction of the figures, can be had on a resettlement of the order. This judgment cannot go outside the present parties. Manifestly in this action, in respect to a single loan, we could not settle or even pass upon what may be the ultimate equities as between the two general classes of borrowing and non-borrowing members, as might appear in a liquidation proceeding, or by means of some general equity suit, in which all interests would be represented before the court. Motion for a second rehearing denied, but without costs, and without prejudice to an application to resettle our order, to be made on three days' previous notice. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

GEORGE H. MONTROSE, Plaintiff, v. VALLANDIGHAM B. BAGGOTT and GEORGE RYALL, Copartners, etc., Defendants.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

ROBINSON AMUSEMENT COMPANY, Respondent, v. BRIGHTON BEACH CASINO, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.